IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>DR. KILOLO KIJAKAZI,<br><br>Defendant. | 8:21CV390<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.)  Upon consideration,

**IT IS ORDERED:**

1. Plaintiff's Motion to Proceed in Forma Pauperis (Filing No. 2) is granted. The Complaint shall be filed without payment of fees.

2. The Clerk of the Court shall send a copy of this Order together with summons forms and copies of Form 285 to Plaintiff for service of process.

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from Plaintiff.

Dated this 5th day of October, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge