IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE G.,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | 8:21CV390<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court for case management. General Order 2015-05 provides that "[w]ithin 30 days after the administrative record is filed, the plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief." (Filing 3, ¶ 2.) The administrative record in this case was filed on January 28, 2022, and it appears a paper copy was served on Plaintiff by Federal Express, but to date Plaintiff has not filed the required motion and supporting brief.

  IT IS THEREFORE ORDERED that Plaintiff shall have 21 days from today's date to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the court's orders.

  Dated this 7th day of March, 2022.

                  BY THE COURT:

                  *Richard G. Kopf*

                  Richard G. Kopf
                  Senior United States District Judge