IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE G., | **8:21CV390** |
| Plaintiff, | |
| vs. | **ORDER** |
| DR. KILOLO KIJAKAZI, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 22) is granted, as follows:

1. Plaintiff shall have until April 29, 2022, to filed a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief.

2. Failure to comply with this filing requirement within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff.

3. The court must be kept informed of Plaintiff's current address at all times while this case is pending. Plaintiff's failure to keep the court so informed may result in dismissal of the case without further notice.

Dated this 30th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge